O

1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
                                         )
12 |                   Plaintiff,        )      SA 10-181M
                                         )
13 |        v.                           )      ORDER OF DETENTION AFTER HEARING
                                         )      (18 U.S.C. § 3142(i))
14 | GERARDO TOVAR GUILLEN,              )
                                         )
15 |                   Defendant.        )
   |_____)
16

17                                      I.

18    A.  ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. (X)   serious risk defendant will flee;

26        2. ( )   serious risk defendant will

27           a. ( )  obstruct or attempt to obstruct justice;

28           b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                     II.

2       The Court finds no condition or combination of conditions will reasonable assure:

3       A.  ( X )    appearance of defendant as required; and/or

4       B.  (  ) safety of any person or the community;

5                                                     III.

6       The Court has considered:

7       A.  ( x) the nature and circumstances of the offense;

8       B.  (x) the weight of evidence against the defendant;

9       C.  (x) the history and characteristics of the defendant;

10      D.  (  ) the nature and seriousness of the danger to any person or to the community.

11                                                    IV.

12      The Court concludes:

13      A.  (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15      B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19      C.  (  ) A serious risk exists that defendant will:

20              1. (  )   obstruct  or  attempt to obstruct  justice;

21              2. (  )   threaten, injure or intimidate a witness/ juror; because:

22

23      D.  (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25      ///

26      ///

27      ///

28      ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                               - 2 -                                     Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: April 14, 2010

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)　　- 3 -　　Page 3 of 3